THE STATE OF NEW JERSEY v. STEPHEN URBAN.

Decided May 6, 1925.

**Crimes—Determination of Guilt, Question for Jury—Action of Trial Judge in Assuming the Determination of Question a Usurpation of Jury Functions.**

On error to Hudson Quarter Sessions.

Before GUMMERE, CHIEF JUSTICE, and Justices KALISCH and CAMPBELL.

For the plaintiff in error, *Harry Lane.*

For the state, *Aloysius McMahon,* assistant prosecutor.

PER CURIAM.

The action of the trial judge, at the close of the testimony, in taking upon himself the determination of the question whether the defendant was guilty or innocent of the charge laid against him in the indictment, was an usurpation of the function of the jury, and deprived the defendant of his constitutional right to have the question determined by the latter body. For this reason the conviction under review will be reversed, and the record remitted to the Hudson Quarter Sessions in order that the case may there be retried.